


FILED
DEC 04 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___A. JESSEN___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO SEARCH THE FOLLOWING: A 1999 Gray Honda Accord, Bearing California License Plate Number 5PCK880; 1101 Pine Meadow Court, Modesto, CA; A 2002 White Ford Pickup, Bearing California License Plate Number 6U22846; Juan VENEGAS; Gilberto VALDEZ; and 24551 Eastin Road, Newman, CA. | CASE NOs. 1:12-SW-00338 GSA 1:12-SW-00340 GSA 1:12-SW-00339 GSA 1:12-SW-00337 GSA 1:12-SW-00336 GSA 1:12-SW-00335 GSA  ORDER SEALING AFFIDAVIT, ETC., IN SUPPORT OF SEARCH WARRANTS  **UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file its Search Warrants and Affidavits in Support of Search Warrants, together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Elana S. Landau, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Elana S. Landau, shall be filed with this Court under seal and shall not be disclosed pending further order of this court.

DATED: 12/4 , 2012

_____
HONORABLE GARY S. AUSTIN
U.S. Magistrate Court Judge